IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CATHERINE CARTER,

     Plaintiffs,

v.

PAGE WALLEY, as Director,
Alabama Department of Human Resources, and
MIKE JOHANNS, Secretary, U.S. Department of
Agriculture,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.

2:06CV272-WKW

## MOTION FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF

Comes now plaintiff Catherine Carter and respectfully moves that this Honorable Court order

defendants to allow her to participate in the food stamp program as a separate household. In support

whereof, plaintiff Carter respectfully submits the following:

1. Defendant Page Walley denied Catherine Carter's application to receive food stamps as a

separate household, solely because her cerebral palsy prevents her from being able to purchase food

and prepare meals herself. Defendant Mike Johanns reviewed and approved defendant Walley's

decision;

2. Defendants are continuing to deny Catherine Carter separate household status even though

her food is purchased and prepared separately;

3. Unless enjoined by this Court, defendants will continue to deprive Ms. Carter of her right

to participate as a separate food stamp household and thereby subject her to a lower amount of food

stamps and irreparable harm stemming from her inability to pay for food and all her other needs;

4. Any injury or inconvenience to defendants that might result from issuance of preliminary

relief is far outweighed by the gravity of irreparable injury that will otherwise result to Ms. Carter;

5. There is a substantial likelihood that Ms. Carter will prevail after a final hearing on this motion, because the Food Stamp Act does not by its terms deny separate household status on the basis of disability, and the Americans with Disabilities Act and the Rehabilitation Act require reasonable accommodation of Ms. Carter's disability;

6. The issuance of a preliminary injunction will serve the public interest;

7. No requirement for security is appropriate because of the nature of Ms. Carter's claims and because of her indigence, all of which is supported by the pleadings herein; and

8. No prior application for the relief sought herein has been made.

**WHEREFORE**, plaintiff Catherine Carter respectfully requests that:

a. Defendants be preliminarily enjoined from denying Ms. Carter's separate food stamp household status;

b. Security for the issuance of this Order be waived due to Ms. Carter's indigence and the questions of public importance which this action presents;

c. Pending a decision on plaintiff's request for preliminary injunctive relief, issue a temporary restraining order allowing plaintiff to receive food stamps as a separate household; and

d. Grant such other further and different relief as the Court may deem just and proper.

Respectfully submitted,

LAWRENCE F. GARDELLA
Legal Services Alabama
207 Montgomery Street, Suite 1200
Montgomery, AL  36104
(334) 832-1427
Fax: (334) 264-1474
Attorney for Plaintiff