IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
|     Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06CV272-WKW |
| PAGE WALLEY, as Director, | ) |
| Alabama Department of Human Resources, and | ) |
| MIKE JOHANNS, Secretary, U.S. Department of | ) |
| Agriculture, | ) |
|     Defendants. | ) |

AFFIDAVIT IN SUPPORT OF MOTION FOR TEMPORARY RELIEF

STATE OF ALABAMA        )
COUNTY OF MONTGOMERY    )    SS:

Catherine Carter, being duly sworn, hereby deposes and says:

1. I am 43 years old. I receive SSI because of cerebral palsy.

2. My cerebral palsy makes it very difficult for me to shop for food and for me to prepare food. I am dependent upon my mother to do both for me.

3. My mother and I have been receiving food stamps for approximately eighteen years.

4. My mother and I eat different things. She buys separate food for me and for herself. She also cooks her meals separately from mine.

5. In October 2005, I applied to be a separate food stamp household from my mother. I would get more food stamps as a separate household, which would make it easier for me to get the food I need and to meet all my other needs.

6. The food stamp office sent me a notice denying my request. It said that



"disabled individuals must have the ability to purchase and prepare their meals separately from others in the household [sic] in order to be given separate household status."

7. My mother and I get so little in food stamps that I have to pay for almost all my food from my small SSI check. This makes it hard to pay for all the other things I need.

8. The longer I have to wait to be a separate household, the longer I have to keep trying to stretch my SSI money.

_____
CATHERINE CARTER

Sworn to before me this the 21st day of March, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 7/20/09