IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 2:06 CV272-WKW |
| PAGE WALLEY, as Director, Alabama Department of Human Resources, and MIKE JOHANNS, Secretary, U.S. Department of Agriculture, | ) |
| Defendants. | ) |

APPLICATION FOR LEAVE
TO PROCEED IN FORMA PAUPERIS

Pursuant to 28 U.S.C. § 1915, plaintiff Catherine Carter respectfully requests that this Court grant her leave to prosecute this case in forma pauperis. In support whereof, plaintiff Carter respectfully submits her affidavit.

Respectfully submitted,

LAWRENCE F. GARDELLA  GAR028
Legal Services Alabama
207 Montgomery Street, Suite 1200
Montgomery, AL  36104
(334) 832-1427
Fax: (334) 264-1474

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06CV 272-WKW |
| PAGE WALLEY, as Director, | ) |
| Alabama Department of Human Resources, and | ) |
| MIKE JOHANNS, Secretary, U.S. Department of | ) |
| Agriculture, | ) |
| | ) |
| Defendants. | ) |

AFFIDAVIT IN SUPPORT OF APPLICATION FOR LEAVE
TO PROCEED IN FORMA PAUPERIS

STATE OF ALABAMA      )
COUNTY OF MONTGOMERY  )   SS:

Catherine Carter, being duly sworn, hereby deposes and says:

1. I am the plaintiff in the above-captioned matter challenging the denial of my rights under the Food Stamp Act, the Americans with Disabilities Act and the Rehabilitation Act.

2. Upon the advice of my attorney, I believe that I am entitled to the relief prayed for in my complaint.

3. Because of my poverty, I am unable to pay the costs of this proceeding or to give security for the costs.

4. I further swear to the truth of the responses that I have made to the questions and instructions below relating to my inability to pay the costs of prosecuting this cause:

    1. Are you presently employed? No.

SCANNED
03/24/06

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends or any other source? Yes. I get SSI of $603 monthly. I also received a lump sum refund in February, which I used to catch up mortgage payments and other bills that had fallen behind.

3. Do you have any cash or any checking or savings account? Yes. My SSI goes directly into a checking account, but I have already spent almost of all that money for this month's necessities.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)? Yes. My mother and I bought the house in which we live in August 2005, and we are paying on it. We have very little equity in the house.

5. List the persons who are dependent upon you for support and state your relationship to those persons:

   None.

_____
CATHERINE CARTER

Sworn to before me this the 21st day of March, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 7/2/07

2