IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-272-WKW |
| | ) (WO) |
| PAGE WALLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the Court on the plaintiff's Motion for Preliminary and Permanent Injunctive Relief (Doc. # 2), filed March 24, 2006. To the extent that this motion may be construed to contain a Motion for a Temporary Restraining Order, such motion is due to be denied as the plaintiff has failed to meet the requirements of Rule 65(b) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby ORDERED that:

1. The plaintiff's Motion (Doc. # 2) is DENIED in part;

2. The ruling on the remainder of the motion is RESERVED pending further proceedings;

3. A status conference is SET for April 21, 2006, at 10:00 a.m. by conference call arranged by counsel for the plaintiff;

4. The Clerk is DIRECTED to attach a copy of this Order to the Summons and Complaint to be served on the defendants.

DONE this the 24th day of March, 2006, at 5:35 p.m.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE