IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CASE NO. 2:06-CV-272-WKW ) (WO) |
| PAGE WALLEY, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

For good cause shown, it is ORDERED that the plaintiff's Application for Leave to Proceed In Forma Pauperis (Doc. # 4) is GRANTED. The Clerk is DIRECTED to attach a copy of this Order to the Summons and Complaint to be served on the defendants.

DONE this the 27th day of March, 2006.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE