AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Catherine Carter

V.

Page Walley, Director, Alabama Department of Human Resources, and Mike Johanns, Secretary, U.S. Department of Agriculture

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV272-WKW

TO: (Name and address of Defendant)

Page Walley, Commissioner
Alabama Dep't of Human Resources
50 N. Ripley Street
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence F. Gardella
Legal Services Alabama
207 Montgomery Street
Suite 1200
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ~~60~~ **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_[signature]_
(By) DEPUTY CLERK

DATE  March 27, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Catherine Carter

V.

Page Walley, Director, Alabama Department of Human Resources, and Mike Johanns, Secretary, U.S. Department of Agriculture

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV272-WKW

TO: (Name and address of Defendant)

Mike Johanns, Secretary
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence F. Gardella
Legal Services Alabama
207 Montgomery Street
Suite 1200
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  March 27, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Catherine Carter

V.

Page Walley, Director, Alabama Department of Human Resources, and Mike Johanns, Secretary, U.S. Department of Agriculture

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV272-WKW

TO: (Name and address of Defendant)

> Leura Garrett Canary, U.S. Attorney
> Middle District of Alabama
> One Court Square, Suite 201
> Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Lawrence F. Gardella
> Legal Services Alabama
> 207 Montgomery Street
> Suite 1200
> Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE: March 27, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Catherine Carter

V.

Page Walley, Director, Alabama Department of Human Resources, and Mike Johanns, Secretary, U.S. Department of Agriculture

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 CV 272-WKW

TO: (Name and address of Defendant)

Hon. Alberto R. Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence F. Gardella
Legal Services Alabama
207 Montgomery Street
Suite 1200
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE March 27, 2006





