Carter

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* ) MAR 28 2006 C. Date of Delivery |
| 1. Article Addressed to:<br><br>Page Walley, Commissioner<br>Alabama Department of Human Resources<br>50 N. Ripley Street<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*<br>2:06CV272 (cmplsmo, (2) orders, motion for TRO, etc.) 20 day<br>7005 1160 0001 2962 3595 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540