IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 29  P 1: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| CATHERINE CARTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-272-WKW |
| | ) | (WO) |
| PAGE WALLEY, as Director, | ) | |
| Alabama Department of Human Resources, and | ) | |
| MIKE JOHANNS, Secretary, U.S. Department of | ) | |
| Agriculture, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR RECONSIDERATION OF REQUEST FOR TEMPORARY RELIEF**

Comes now plaintiff Catherine Carter and respectfully moves that this Honorable Court reconsider its denial of her motion for issuance of a temporary restraining order. In support whereof, plaintiff Carter respectfully submits the following:

1. Although plaintiff's failure to include in the prayer for relief a request for a hearing on the motion for temporary relief may have sown confusion on the point, plaintiff was not seeking issuance of a temporary restraining order without notice. Therefore, language in Rule 65(b) of the Federal Rules of Civil Procedure pertaining to temporary relief without notice is not applicable.

2. At the time that plaintiff filed her complaint and motion in the above-referenced case, her counsel had spoken once to counsel for defendant Walley and was awaiting a return phone call following another message. Accordingly, he advised the clerk that rather than try to set a hearing on the motion that afternoon, he would again try to call counsel for defendants and then call a law clerk to arrange for a time for a hearing on the request for temporary relief.

3. Plaintiff would suffer irreparable harm if forced to wait without any relief until this Court can hold a hearing on her preliminary injunction motion.

**WHEREFORE**, plaintiff Catherine Carter respectfully requests that:

a. This Court reconsider its denial of plaintiff's application for a temporary restraining order;

b. This Court set a hearing on plaintiff's application for temporary relief;

c. Pending a decision on plaintiff's request for preliminary injunctive relief, issue a temporary restraining order allowing plaintiff to receive food stamps as a separate household; and

d. Grant such other further and different relief as the Court may deem just and proper.

Respectfully submitted,

LAWRENCE F. GARDELLA  GAR028
Legal Services Alabama
207 Montgomery Street, Suite 1200
Montgomery, AL  36104
(334) 832-1427
Fax: (334) 264-1474
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 28, 2006, I have served the above and foregoing pleading upon defendants by placing copies of same in the U.S. Mail, postage prepaid, properly addressed as follows:

Page Walley, Commissioner
Alabama Dep't of Human Resources
50 N. Ripley Street
Montgomery, AL 36130

Mike Johanns, Secretary
U.S. Dep't of Agriculture
1400 Independence Ave., SW
Washington, DC 20250

James E. Long, Legal Office
Alabama Dep't of Human Resources
50 N. Ripley Street
Montgomery, AL 36130

Alberto R. Gonzales, Attorney General
U.S. Dep't of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Leura Garrett Canary, US Attorney
One Court Square, Suite 201
Montgomery, AL 36104

_____
LAWRENCE F. GARDELLA

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-272-WKW ) (WO) |
| PAGE WALLEY, as Director, Alabama Department of Human Resources, and MIKE JOHANNS, Secretary, U.S. Department of Agriculture, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON MOTION FOR RECONSIDERATION**

Plaintiff Catherine Carter having requested reconsideration of the denial of her motion for issuance of a temporary restraining order and having shown good cause for her failure to comply with Rule 65(b) requirements relating to unnoticed motions for temporary relief, it is hereby:

ORDERED:

1. The denial of plaintiff's application for a temporary restraining order is reversed;

2. A hearing on plaintiff's application for temporary relief is set for _____

_____
W. KEITH WATKINS
United States District Judge
Middle District of Alabama