*Carter*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Nancy Yarn*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  *Nancy Yarn*   C. Date of Delivery  3/28/06<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |

1. Article Addressed to:

United States Attorney
Civil Process Clerk
P. O. Box 197
Montgomery, AL 36104

2:06 CV 272 ( Cmp. sm, orious, (2) motion for TRO )

| 3. Service Type | |
|---|---|
| ☑ Certified Mail  ☐ Express Mail | |
| ☐ Registered  ☑ Return Receipt for Merchandise | |
| ☐ Insured Mail  ☐ C.O.D. | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |

2. Article Number
*(Transfer from service label)*    7005 1160 0001 2962 3618

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540