IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CATHERINE CARTER, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:06-cv-272-WKW |
| PAGE WALLEY, as Director, Alabama Department of Human Resources, And MIKE JOHANNS, Secretary, U.S. Department of Agriculture, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF TEMPORARY RELIEF**

STATE OF ALABAMA            )
COUNTY OF MONTGOMERY )    SS:

Catherine Carter, being duly sworn, hereby deposes and says:

1. I am 43 years old. I live with my mother, who is 62 years old.

2. I receive a monthly SSI check for $603, because the Social Security Administration found in 1978 or 1979 that I was disabled by the cerebral palsy from which I have suffered since birth.

3. Between us, my mother and I have a total cash income of $1206 a month. We are now getting about four dollars in food stamps each month.

4. My cerebral palsy so affects my hands that I cannot buy my own food in a grocery store or prepare my own meals. My mother buys separate food for me and prepares me separate and different meals.

5. When I applied to be a separate household in October 2005, the food stamp office denied me. The notice it sent me said "disabled individuals must have the ability

to purchase and prepare their meals separately from others in the household [sic] in order to be given separate household status." A copy is attached to this affidavit.

6. Many months, I have to rely on charity from churches and the Montgomery Food Bank just to get enough food to eat.

7. If I got my own food stamps as a separate household and got $60 monthly more in food stamps, I could pay my bills and probably not have to get food from the churches or Food Bank.

8. The longer I have to wait to be a separate household, the longer I have to keep trying to stretch my SSI money by relying on charity and trying to put off bills.

_____
CATHERINE CARTER

Sworn to before me this the 10th day of April, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 5/27/07

2

MONTGOMERY COUNTY
DEPARTMENT OF HUMAN RESOURCES
3030 MOBILE HIGHWAY
MONTGOMERY, AL 36125

## NOTICE OF DENIAL OR PENDING STATUS

MS CATHERINE CARTER

8 COURTLAND DR

MONTGOMERY AL 36105

☐ FA
☒ FOOD STAMPS
FS Case No. **510131177**
Worker: **PRINGLE**
Phone No. **293-3187**
Date of Notice: **11/1/05**

This is to notify you of action taken in your case. Please refer to the item (s) checked below.

☐ 1. Your application for an assistance check has been disapproved because _____

☑ 2. Your application for food stamps has been denied because _You are currently included in a foodstamp case with Ms Helen Miller._

☐ 3. Your application was denied because you did not do not do everything you needed to do so that we could find out if you are eligible for food stamps. Here is what you still need to do: _____.If you do this by _____ we will reopen your case. It will also be necessary to report all changes that have occurred since you filed your application. You will have to reapply if you do not take action by this date.

☐ 4. Thirty (30) days have passed and we have not reached a decision on your food stamps about your eligibility for benefits. Here is the reason this happened: _____

☑ 5. Other _disabled individuals must have the ability to purchase and prepare their meals separately from others in the houshold in order to be given separate household status._

☐ 6. The Department policy used as a basis for the indicated action(s) is found in Assistance Payments Manual/Points of Eligibility Manual section(s) _____. If you requested it, we will show you a copy of the material in our office.

If you would like to discuss our findings or ask any question about how a fair hearing works, you can call the worker named above.

For free legal advice, call (334)_832-4570_____ For free legal advice, call

Refer to the back of this notice for important information.

DHR PAD 660
April 1996

## MONTGOMERY COUNTY

If you want a fair hearing, conference, or State Office review, fill out this form, tear it off, and mail to: **Montgomery County Department of Human Resources    3030 Mobile Highway    P.O. Box 250250   Montgomery, Alabama 36125-0250.**
Check ( ) the box to show if you want a fair hearing, conference, or State Office review and check ( ) if it is for public assistance, food stamps or medicaid.

- ❏ I want a conference on my _____ public assistance case,

  _____ food stamp case, or _____ Medicaid case.

- ❏ I want a State Office review on my _____ public assistance case or

  Medicaid case.

- ❏ I want a fair hearing on my _____ public assistance case, _____ food

  stamp case, or _____ Medicaid case. The reason you want this: _____

  _____

  _____.

  _____                _____
  Signature                                                    Telephone Number

**CHILD SUPPORT SERVICES:** If your FA application is denied, you are entitled to apply for child support services. If your FA case is closed, child support services will continue unless you request these services to stop. If you have any questions regarding child support, please contact the County Child Support Unit.

**MEDICAID:** If you application id denied or your case closed and you are pregnant and/or have a child(ren) born after September 30, 1983, your and/or your child(ren), any be eligible, or continue eligible for medicaid. To apply for or continue medicaid eligibility, contact your County Health Department or call 1-800-362-1504 for the location of the nearest medicaid office.

**REQUEST FOR A CONFERENCE OR STATE OFFICE REVIEW REGARDING TH ACTION TAKEN ON YOUR CASE:** If you are not satisfied with the action on your case or need further explanation, you have a right to discuss your case with a worker, a supervisor and/or the County Director. If you are satisfied with the results of this conference, you may wish to request a hearing or a review by the State Department. A request for a conference or review will not affect your right to a hearing.

**REQUEST FOR A HEARING:** If you are not satisfied with the action taken on your case, you may request a hearing by notifying    this office or the State Department within sixty (60) days from the date action was taken. A food stamp hearing may be requested    within ninety (90) days for the date action was taken on your case. A hearing request involving public assistance or medicaid must be in    writing. A food stamp hearing may be oral or in writing. A written request should state why you are dissatisfied and must include your correct mailing address and the mailing address of nay person representing you in your request. I may be billed by you, your lawyer or legally appointed representative, or other authorized person In the latter situation, the person representing you in your request must    make a definite statement that he has been authorized by you to request the hearing.  The address of the State office is 50 Ripley Street, Montgomery, AL 36130-4000.

**WITHDRAWING A HEARING REQUEST:** If you wish to withdraw your request before the hearing, you, your lawyer, or legally appointed representative, or other authorized person should write the County or State Department that you wish to do so and give the reason for withdrawing.

**NONDISCRIMINATION:** The standards for participating in all programs are the same for everyone without regard to race, color, creed, national origin or political beliefs, sex, age or a handicap.