IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-272-WKW |
| | ) |
| PAGE WALLEY, as Director, | ) |
| Alabama Department of Human Resources, and | ) |
| MIKE JOHANNS, Secretary, U.S. Department of | ) |
| Agriculture, | ) |
| | ) |
|    Defendants. | ) |

**SUBMISSION OF SUPPLEMENTAL AFFIDAVIT**

Comes now plaintiff, Catherine Carter, and respectfully submits this supplemental affidavit in support of her motion for reconsideration of her request for temporary relief and her motion for a preliminary injunctive motion.

                                         Respectfully submitted,

                                         __/s/ Lawrence F. Gardella_____
                                         LAWRENCE F. GARDELLA  GAR028
                                         Legal Services Alabama
                                         207 Montgomery Street, Suite 1200
                                         Montgomery, AL  36104
                                         (334)  832-1427
                                         Fax: (334) 264-1474
                                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 10, 2006, I have served the above and foregoing submission upon defendants by placing copies of same in the U.S. Mail, postage prepaid, properly addressed as follows:

Page Walley, Commissioner
Alabama Dep't of Human Resources
50 N. Ripley Street
Montgomery, AL 36130

Mike Johanns, Secretary
U.S. Dep't of Agriculture
1400 Independence Ave., SW
Washington, DC 20250

James E. Long, Legal Office
Alabama Dep't of Human Resources
50 N. Ripley Street
Montgomery, AL 36130

Alberto R. Gonzales, Attorney General
U.S. Dep't of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Leura Garrett Canary, US Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                    __/s/ Lawrence F. Gardella_____
                    LAWRENCE F. GARDELLA