Carter

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>RECEIVED |
| 1. Article Addressed to:<br>Alberto Gonzales<br>U. S. Attorney General<br>U. S. Department of Justice<br>10th and Constitutional Avenue<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2006 APR -7 A 9:55<br>DEBRA P. HACKETT CLK<br>U.S. DISTRICT COURT |
| 2:06cv272 (cmp/smo/(2)orders) motion for TRO, etc. | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)<br>7005 1160 0001 2962 3625 | |
| PS Form 3811, February 20__  Domestic Return Receipt | 102595-02-M-1540 |