**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 11, 2006

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      **Catherine Carter v. Page Walley, et al.**

**Case Number:**     **#2:06-cv-00272-WKW**

**Referenced Document:**   **Document #12**
**Reply Brief**

**Document #13**
**Submission of Supplemental Affidavit**

**Document #14**
**First Amended Complaint**

**This notice has been docketed to enter the corrected pdfs into the record in the referenced case. The original pdfs did not contain a signature. The corrected pdfs are attached to this notice.**