Carter

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X P De Flanders   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>P DEFLANDERS    4/3/06 |
| 1. Article Addressed to:<br><br>Mike Johanns, Secretary<br>U. S. Department of Agriculture<br>1400 Independence Ave., S.W.<br>Washington, DC 20250 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:06cv272 (Cmp, sms(2) and ... motion for TRO, etc.)<br>2. Article Number<br>(Transfer from service label)<br>7005 1160 0001 2962 3601 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540