IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CATHERINE CARTER** | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) CASE NO. 2:06 CV 272-WKW |
| **PAGE WALLEY, as Director,** **Alabama Department of Human Resources,** **and MIKE JOHANS, Secretary, U.S.** **Department of Agriculture,** | ) ) ) ) ) |
| **Defendants.** | ) ) |

## ANSWER OF DEFENDANT WALLEY

COME NOW Defendant Page Walley, in his official capacity as Commissioner of the State of Alabama Department of Human Resources; by through his undersigned counsel, and answer Plaintiff's Complaint as follows:

1. Defendant Walley denies each and every allegation contained in ¶ 1 of Plaintiff's Complaint and demands strict proof thereof.

2. Defendant Walley denies each and every allegation contained in ¶ 2 of Plaintiff's Complaint and demands strict proof thereof.

3. Defendant Walley denies each and every allegation contained in ¶ 3 of Plaintiff's Complaint and demands strict proof thereof.

4. Defendant Walley admits that Plaintiff is a U.S. citizen and an adult resident of Montgomery Alabama. Defendant Walley admits that Plaintiff has cerebral palsy and lives with her mother so that her mother can provide care for her. Defendant Walley admits that Plaintiff and her mother receive food stamps as a single household as of the date of this meeting.

Defendant Walley admits that Plaintiff filed an application with the local food stamp office to receive food stamps as a separate household. Defendant Walley admits that Plaintiff's application was denied. Defendant Walley denies each and every other allegations of ¶. 4 and demands strict proof thereof.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Defendant Walley denies each and every allegation of ¶ 9 of the Complaint and demands strict proof thereof.

10. Admitted.

11. Admitted.

12. Defendant Walley denies each and every allegation of Page ¶ 12 of Plaintiff's Complaint and demands strict proof thereof.

13. Defendant Walley denies each and every allegation of ¶ 13 of Plaintiff's Complaint and demands strict proof thereof.

14. Defendant Walley denies each and every allegation of ¶ 14 of Plaintiff's Complaint and demands strict proof thereof.

15. Defendant Walley is without sufficient information to admit or deny the allegation of ¶ 15 and so denies the allegation of Page 15 and demands strict proof thereof.

16. Defendant Walley denies the allegation of ¶ 16 of Plaintiff's Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

Further answering, and/or by way of affirmative defenses, Defendant Walley show as follows:

### FIRST AFFIRMATIVE DEFENSE

There is no private right of action under the Food Stamp Act in light of recent U.S. Supreme Court precedent. *Blessing v. Firestone*, 520 U.S. 329 (1997); *Gonzaga v. University* v: Doe, 536 U.S. 273 (2002); 31 *Foster Children v. Bush*, 329 F.3d 1255 (11th Cir. 2003).

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust administrative remedies by requesting and pursuing a DHR administrative hearing. An exception to the no-exhaustion-required rule for section 1983 actions exists "where Congress has carved out a specific exception to the general rule that exhaustion is not required." "*Patsy v. Board of Regents*, 457 U.S. 496, 512 (1982). The Food Stamp Act requires states to provide for administrative hearings when requested by recipients. U.S.C. § 2020 (e)(10). This statute is evidence of Congressional intent requiring exhaustion in food stamp cases.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to avail herself of state due process remedies prior to asserting her claim of a 14th Amendment Due Process Violation. See Comp at ¶ 14. *McKinney v. Pate,* 20 F.3d, 1557 (11th Cir. 1994) ("only when the state refuses to provide a process sufficient to remedy the procedural deprivation does a constitutional violation actionable under § 1983 arise.")

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Equal Protective claim has no merit because the food stamp classifications at issue are reasonable. The right of equal protection is not violated merely by classifications in a statute that are "imperfect." *Danbridge v. Williams,* 397 U.S. 471, 485 (1970). "A statutory classification in the areas of social welfare is consistent with the Equal Protect Clause of the Fourteenth Amendment if it is "rationally based and free from invidious discrimination." Dandridge v. Williams, 397 U.S. at 487; Weinberger v. Salfi, 422 U.S. 749, 770 (1975).

## FIFTH AFFIRMATIVE DEFENSE

Defendant Walley is immune from all claims due to sovereign immunity.

## SIXTH AFFIRMATIVE DEFENSE

No cause of action exists for declaratory or injunctive relief against Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is entitled to no relief on the premises stated.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has alleged no justiciable controversy because the issue is not ripe for judicial review in the absence of her pursuit of administrative and due process remedies.

RESPECTFULLY SUBMITTED

TROY KING, (KIN047)
ATTORNEY GENERAL

SHARON FICQUETTE, (FIC001)
ASSISTANT ATTORNEY GENERAL

_____
James E. Long - LON016
Assistant Attorney General
State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama 36130-4000
Phone: (334) 242-9330
Fax: (334) 242-0689

ATTORNEYS FOR DEFENDANT
PAGE WALLEY

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing Answer of Defendant Walley on the following by placing copies thereof, addressed to them as indicated below, in United States Mail, First Class postage prepaid, on this the 18th day of April 2006.

Hon. Lawrence Fredrick Gardella
Attorney at Law
207 Montgomery Street Suite 1200
Montgomery, Alabama  36104
(334) 832-4570
ATTORNEY FOR PLAINTIFF CARTER

Hon. Robert Randolph Neeley
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL  36101-0197
(334) 223-7280
ATTORNEY FOR DEFENDANT JOHANS

/s/ James E. Long
James E. Long - LON016
Assistant Attorney General

State of Alabama
Department of Human Resources
Legal Office
50 Ripley Street, Room 2122
P.O. Box 304000
Montgomery, Alabama  36130-4000
Phone:  (334) 242-9330
Fax:  (334) 242-0689

ATTORNEY FOR DEFENDANT
PAGE WALLEY

6