## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. <u>KEITH WATKINS</u>          JUDGE                    AT MONTGOMERY, ALABAMA

DATE COMMENCED <u>APRIL 21, 2006</u>              AT  <u>10:00</u>     A.M./P.M.

DATE COMPLETED <u>APRIL 21, 2006</u>              AT  <u>10:57</u>     A.M./P.M.

```
CATHERINE CARTER                     )
                                     )
        Plaintiff                    )    2:06cv272-WKW
                                     )
VS.                                  )
                                     )
PAGE WALLEY, ET AL                   )
                                     )
        Defendant                    )
```

| <u>PLAINTIFF(S)/GOVERNMENT</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| | X | |
| Atty Lawrence Gardella | X | Atty James Long |
| | X | AUSA Randall Neeley |
| | X | (notice of appearance |
| | X | has been filed) |
| | X | |
| | X | |
| | X | |

<u>COURT OFFICIALS PRESENT:</u>

| Ann Roy | Angela Reitler | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

<u>COURTROOM PROCEEDINGS:</u>

**STATUS CONFERENCE**

9:50        Status conference commenced by telephone (on the record)
            Parties agree that settlement is possible; AUSA to file
            notice of appearance on behalf of defendant Mike Johanns;
            Court to enter order setting hearing on motion for TRO/
            Preliminary Injunction
9:56        Status conference concluded

2