IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CATHERINE CARTER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:06-CV-272-WKW (WO) |
| PAGE WALLEY, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon a status conference on the plaintiff's Motion for Preliminary and Permanent Injunctive Relief (Doc. # 2), the parties indicated they are engaged in settlement negotiations. It is agreed among the parties that a hearing is due to be held after Defendant Mike Johanns, Secretary of the United States Department of Agriculture, moves or pleads in response to the Complaint, which response is due on or before May 29, 2006.

It is hereby ORDERED that a hearing on the motion is SET for June 14, 2006, at 9:00 a.m.

DONE this the 21st day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE