**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| CATHERINE CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:2:06-cv-272-VPM |
| | ) |
| PAGE WALLEY, as Director, Alabama | ) |
| Department of Human Resources, and | ) |
| MIKE JOHANNS, Secretary, U.S. | ) |
| Department of Agriculture, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Comes now the undersigned attorney, by and through Leura G. Canary, United

States Attorney for the Middle District of Alabama, and enters his appearance as attorney

of record for Defendant, Mike Johanns, in the above-styled case.

Respectfully submitted this the 30th day of May, 2006.

LEURA G. CANARY
United States Attorney

By: s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: rand.neeley@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following: Lawrence F. Gardella and James Edward Long

 /s/R. Randolph Neeley
Assistant United States Attorney