IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.: 02:06-cv-272-WKW |
| | ) |
| PAGE WALLEY, Director, Alabama | ) |
| Department of Human Resources, and | ) |
| MIKE JOHANNS, Secretary, United | ) |
| States Department of Agriculture, | ) |
| | ) |
|     Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND**

Comes now the federal defendant, Mike Johanns, Secretary of the United States Department of Agriculture, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests an extension of three (3) days, to and including, Friday, June 2, 2006, in which to answer or otherwise respond in the above-styled matter, and as grounds states as follows:

    1.    Per a telephone conference with the Court on April 21, 2006, the Court ordered the federal defendant to answer or otherwise respond to the complaint in this matter on or before May 29, 2006.[1]  During the course of the conference the parties informed the Court that negotiations were underway and all were hopeful that this matter

---

[1] The official response date would be May 30, 2006, as May 29, 2006 was a federal holiday during which the offices of the undersigned as well as the Court were closed.

could be resolved by May 29, 2006; the date set by the Court for the defendant to answer or otherwise respond to the complaint. The Court has set June 14, 2006, as the time for a hearing on the plaintiff's requests for preliminary injunctive relief if an agreement or other resolution of this matter is not had.

    2.    The undersigned and counsel for plaintiff have agreed to terms, which in principal, are satisfactory to the defendant, but not yet finally approved. While it appears that the matter has been resolved between the parties a necessary approval on the part of the defendants is still necessary.

    3.    The undersigned counsel for the defendant has impressed upon the defendant the necessity to acquire all necessary approvals by Friday, June 2, 2006, should this Court grant our request. Absent extraordinary, unforeseeable circumstances, the undersigned will seek no further extensions of time in which to respond or otherwise respond to the complaint.

    4.    Counsel for all parties have been contacted and they do not object to the requested extension of time.

WHEREFORE, premises considered, the defendant requests an extension of time to Friday, June 2, 2006, in which to answer or otherwise respond to the complaint.

Respectfully submitted this 30th day of May, 2006.

        LEURA G. CANARY
        United States Attorney

    By: s/R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Attorney for Defendant
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        E-mail:  **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Lawrence F. Gardella, Esq., and counsel for co-defendant, James E. Long, Esq.

        /s/R. Randolph Neeley
        Assistant United States Attorney