IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 02:06-cv-272-WKW |
| ) | |
| PAGE WALLEY, Director, Alabama ) | |
| Department of Human Resources, and ) | |
| MIKE JOHANNS, Secretary, United ) | |
| States Department of Agriculture, ) | |
| ) | |
| Defendants. ) | |

**ANSWER TO FIRST AMENDED COMPLAINT**

Comes now the federal defendant, Mike Johanns, Secretary of the United States Department of Agriculture, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and answers the complaint as follows:

**FIRST DEFENSE**

The Court is without jurisdiction over the subject matter of the complaint.

**SECOND DEFENSE**

The complaint fails to state a claim upon which relief can be granted.

**THIRD DEFENSE**

The plaintiff has failed to exhaust her administrative remedies prior to the institution of these proceedings.

## FOURTH DEFENSE

The defendant specifically reserves the right to add additional defenses of which it becomes aware during the progression of discovery.

## FIFTH DEFENSE

Answering specifically the numbered paragraphs of the Complaint, utilizing the same paragraph numbering, the defendant admits, denies, and otherwise answers as follows:

1. Paragraph 1 of the complaint is in the form of an introduction to which no answer is required. To the degree an answer is deemed necessary the defendant denies the same.

2. Paragraph 2 of the complaint is a statement of jurisdiction to which no answer is required. To the degree an answer is deemed necessary the defendant denies the same.

3. Paragraph 3 of the complaint is in the form of a prayer for relief and a statement of jurisdiction to which no answers are required. To the degree an answer is deemed necessary the defendant denies the same.

4. The defendant is without sufficient information to admit or deny the allegations of this paragraph the same are therefore denied.

5. The defendant admits the allegations of paragraph 5 of the complaint.

6. The defendant admits the allegations of paragraph 6 of the complaint.

7. Paragraph 7 of the complaint contains statements or conclusions of law to which no

answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.7.

8. Paragraph 8 of the complaint contains statements or conclusions of law to which no answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.

9. Paragraph 9 of the complaint contains statements or conclusions of law to which no answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.

10. Paragraph 10 of the complaint contains statements or conclusions of law to which no answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.

11. Paragraph 11 of the complaint contains statements or conclusions of law to which no answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.

12. Paragraph 12 of the complaint contains statements or conclusions of law to which no answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.

13. Paragraph 13 of the complaint contains statements or conclusions of law to which no answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.

14. Paragraph 14 of the complaint contains statements or conclusions of law to which no answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.

15. Paragraph 15 of the complaint contains statements or conclusions of law to which no answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.

16. Paragraph 16 of the complaint contains statements or conclusions of law to which no answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.

17. The defendant is without sufficient information to admit or deny the allegations of this paragraph the same are therefore denied.

18. The defendant is without sufficient information to admit or deny the allegations of this paragraph the same are therefore denied.

19. The defendant is without sufficient information to admit or deny the allegations of this paragraph the same are therefore denied.

20. Paragraph 20 of the complaint contains statements or conclusions of law to which no answer is necessary. To the degree the paragraph accurately quotes the pertinent passage, the defendant admits same. Otherwise, to the degree an answer is deemed necessary the defendant denies the same.

21. The defendant denies the allegations of paragraph 21 of the complaint.

22. The defendant denies the allegations of paragraph 22 of the complaint.

23. The defendant denies the allegations of paragraph 23 of the complaint.

24. The defendant denies the allegations of paragraph 24 of the complaint.

25. The defendant is without sufficient information to admit or deny the allegations of this paragraph the same are therefore denied.

26. The defendant denies the allegations of paragraph 26 of the complaint.

The defendant asserts that the complaint is due to be and should be dismissed, that the plaintiff is entitled to no relief of any kind and that the costs of this litigation are due to be and should be taxed to plaintiff.

Respectfully submitted this 2nd day of June, 2006.

> LEURA G. CANARY
> United States Attorney
>
> By: s/R. Randolph Neeley
>   R. RANDOLPH NEELEY
>   Assistant United States Attorney
>   Bar Number: 9083-E56R
>   Attorney for Defendant
>   Post Office Box 197
>   Montgomery, AL  36101-0197
>   Telephone No.: (334) 223-7280
>   Facsimile No.: (334) 223-7418
>   E-mail:  **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Lawrence F. Gardella, Esq., and counsel for co-defendant, James E. Long, Esq.

> /s/R. Randolph Neeley
> Assistant United States Attorney