IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CATHERINE CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 02:06-cv-272-WKW |
| | ) | |
| PAGE WALLEY, Director, Alabama | ) | |
| Department of Human Resources, and | ) | |
| MIKE JOHANNS, Secretary, United | ) | |
| States Department of Agriculture, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO CONTINUE**

Come now the parties, the federal defendant, Mike Johanns, Secretary of the United States Department of Agriculture, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, Page Walley, Director, Alabama Department of Human Resources, by and through Troy King, Attorney General for the State of Alabama, and the plaintiff, Catherine Carter, by and through her attorney of record, Lawrence F. Gardella, and request the hearing scheduled in this matter presently set for Wednesday, June 14, 2006, be continued approximately one (1) week, and as grounds state as follows:

The moving parties have tentatively reached a settlement which could possibly negate the hearing presently set for Wednesday, June 14, 2006. It is anticipated that all matter relative to the settlement can be resolved within the next 8 days. The interests of

judicial economy and effective utilization of the parties resources will be served by the granting of this request.

WHEREFORE, premises considered, the parties request the hearing scheduled to be held in this matter on Wednesday, June 14, 2006, be continued for approximately one (1) week.

Respectfully submitted this 13th day of June, 2006.

>LEURA G. CANARY
>United States Attorney
>
>By: s/R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar Number: 9083-E56R
>Attorney for Defendant
>Post Office Box 197
>Montgomery, AL  36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail:  **rand.neeley@usdoj.gov**
>
>
>TROY KING
>ATTORNEY GENERAL
>
>SHARON FICQUETTE
>ASSISTANT ATTORNEY GENERAL
>
>By: s/James E. Long
>James E. Long
>Assistant Attorney General
>State of Alabama
>Bar No.: LON016
>Department of Human Resources
>P.O. Box 30400

    Montgomery, AL 36130-4000
Telephone No.: (334) 242-9330
Facsimile No.: (334) 242-0689
E-Mail: **jlong@dhr.state.al.us**


    s/Lawrence A. Gardella
LAWRENCE A. GARDELLA
Bar Number: GAR028
Counsel for Plaintiff
Legal Services Alabama
207 Montgomery St, Ste. 1200
Montgomery, AL 36104
Telephone No.: (334) 832-1427
Facsimile No.:   (334) 264-1474
E-Mail: **lgardella@alsp.org**


## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Lawrence F. Gardella, Esq., and counsel for co-defendant, James E. Long, Esq.

    /s/R. Randolph Neeley
Assistant United States Attorney