IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-272-WKW |
| | ) (WO) |
| PAGE WALLEY, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Upon the parties' Motion to Continue (Doc. # 24), and for good cause shown, it is ORDERED that the hearing on the the plaintiff's Motion for Preliminary and Permanent Injunctive Relief (Doc. # 2) is continued from June 14, 2006, at 9:00 a.m., to **June 23, 2006, at 9:00 a.m.**

It is further ORDERED that the Motion for Reconsideration of Request for Temporary Relief (Doc. # 9) and the Motion for Extension of Time to Answer or Otherwise Respond (Doc. # 22) are DENIED as MOOT.

DONE this the 14th day of June, 2006.

                            /s/  W. Keith Watkins
                            UNITED STATES DISTRICT JUDGE