IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CATHERINE CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-272-WKW |
| | ) | (WO) |
| PAGE WALLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon the parties' oral notice of settlement negotiations in this matter, it is ORDERED that the hearing on the plaintiff's Motion for Preliminary and Permanent Injunctive Relief (Doc. # 2) scheduled for June 23, 2006, is continued generally. This matter is set for a telephone status conference to be arranged by the plaintiff on July 17, 2006, at 1:30 p.m.

DONE this the 22nd day of June, 2006.

                                  /s/  W.  Keith Watkins
                                  UNITED STATES DISTRICT JUDGE