IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-272-WKW |
| | ) |
| PAGE WALLEY, as Director, | ) |
| Alabama Department of Human Resources, and | ) |
| MIKE JOHANNS, Secretary, U.S. Department of | ) |
| Agriculture, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF ELIGIBILITY FOR FOOD STAMP BENEFITS AND WITHDRAWAL OF REQUEST FOR TEMPORARY AND PRELIMINARY INJUNCTIVE RELIEF**

Come now the parties, by their counsel of record, and respectfully notify this Court that they stipulate that plaintiff and her son can receive food stamp benefits as a household separate from her mother's household in accordance with the policy memorandum issued by defendant Johans on June 12, 2006, a copy of which is attached, and that temporary and preliminary injunctive relief is thus no longer necessary. Plaintiff hereby notices her withdrawal of her requests for a temporary restraining order and for a preliminary injunction.

The parties further ask that this Court leave this case pending administratively for two months to give the parties an opportunity to resolve all remaining issues, at which time the parties anticipate a dismissal of this suit.

Respectfully submitted,

TROY KING – KIN047
Attorney General

SHARON FICQUETTE – FIC001
Assistant Attorney General


 /s/James E. Long
JAMES E. LONG – LON016
Assistant Attorney General
State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, AL 36130-4000
Phone: (334) 242-9330



LEURA G. CANARY
United States Attorney


 /s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant U.S. Attorney
Bar Number 9083-E56R
P.O. Box 197
Montgomery, AL 36101-0197
Phone: (334) 223-7280
Fax: (334) 223-7418
Attorney for Defendant Johans



 /s/Lawrence F. Gardella
LAWRENCE F. GARDELLA  GAR028
Legal Services Alabama
207 Montgomery Street, Suite 1200
Montgomery, AL  36104
(334)  832-1427
Fax: (334) 264-1474
Attorney for Plaintiff