IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-272-WKW |
| | ) (WO) |
| PAGE WALLEY, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Withdrawal of Request for Temporary and Preliminary Injunctive Relief (Doc. # 27), it is ORDERED that the withdrawal is GRANTED. The Motion for Preliminary and Permanent Injunctive Relief (Doc. # 2), only to the extent it requests temporary and preliminary injunctive relief, is DENIED as MOOT.

The parties have notified the Court that they intend to resolve all remaining issues via settlement. It is hereby ORDERED that the parties shall file a joint status report informing the Court of their progress on or before August 7, 2006.

DONE this the 12th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE