**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 14, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Catherine Carter v. Page Walley, et al.**
**Case Number: 2:06-cv-272-WKW**

**Pleading : #27 - Joint Stipulation**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 7/10/2006 without electronic signatures.**

**The corrected pdf document containing the required signatures is attached to this notice.**