IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-272-WKW |
| | ) (WO) |
| PAGE WALLEY, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

In light of the Court's July 12, 2006 Order, a hearing in this matter is unnecessary. Thus, it is ORDERED that the hearing set for July 17, 2006, is cancelled.

DONE this the 17th day of July, 2006.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE