IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-272-WKW |
| | ) |
| PAGE WALLEY, as Director, | ) |
| Alabama Department of Human Resources, and | ) |
| MIKE JOHANNS, Secretary, U.S. Department of | ) |
| Agriculture, | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Come now the parties, by their counsel of record, and respectfully notify this Court that plaintiff started receiving her own food stamp benefits in July 2006. Defendant Walley is working on determining the amount of retroactive food stamp benefits due to plaintiff and anticipates reaching a decision before the end of August.

If the parties concur as to the amount of retroactive benefits, plaintiff will dismiss this suit. If not, the parties will file another status report on August 31, 2006.

Respectfully submitted,

 /s/Lawrence F. Gardella
LAWRENCE F. GARDELLA  GAR028
Legal Services Alabama
207 Montgomery Street, Suite 1200
Montgomery, AL  36104
(334) 832-1427
Fax: (334) 264-1474
Attorney for Plaintiff

TROY KING – KIN047
Attorney General

SHARON FICQUETTE – FIC001
Assistant Attorney General


 /s/James E. Long
JAMES E. LONG – LON016
Assistant Attorney General
State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, AL 36130-4000
Phone: (334) 242-9330



LEURA G. CANARY
United States Attorney


 /s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant U.S. Attorney
Bar Number 9083-E56R
P.O. Box 197
Montgomery, AL 36101-0197
Phone: (334) 223-7280
Fax: (334) 223-7418
Attorney for Defendant Johans

2