IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-272-WKW |
| PAGE WALLEY, *et al.*, | ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of the parties' representations in the Joint Status Report filed on August 4, 2006 (Doc. # 31), it is ORDERED that the parties shall file **on or before November 1, 2006**, a Joint Status Report notifying the Court of the status of this case.

DONE this the 13th day of October, 2006.

                                          /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE