IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CATHERINE CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-272-WKW |
| | ) | |
| PAGE WALLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the parties' representations in the Joint Status Report filed on November 2, 2006 (Doc. # 33), it is ORDERED that the parties shall file **on or before December 15, 2006**, a Joint Status Report notifying the Court of the status of this case. It is further ORDERED that the plaintiff's Motion for Permanent Injunction (Doc. # 2) is DENIED without prejudice.

DONE this 30th day of November, 2006.

                /s/  W. Keith Watkins
                UNITED STATES DISTRICT JUDGE