IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
|     Plaintiffs, | ) |
| v. | ) Civil Action No. 2:06-cv-272-WKW |
| PAGE WALLEY, as Director,<br>Alabama Department of Human Resources,<br>and MIKE JOHANNS, Secretary,<br>U.S. Department of Agriculture, | ) |
|     Defendants. | ) |

**MOTION TO DISMISS**

Come now the plaintiff, Catherine Carter, by her counsel of record, and respectfully moves that this Court to dismiss this action. In support whereof, plaintiff respectfully submits that the parties have resolved all issues relating to her claims.

Respectfully submitted,

/s/Lawrence F. Gardella
LAWRENCE F. GARDELLA  GAR028
Legal Services Alabama
207 Montgomery Street, Suite 1200
Montgomery, AL  36104
(334) 832-1427
Fax: (334) 264-1474
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this day, January 26, 2007, I have served the above and foregoing pleading upon defendants by placing copies of same in the U.S. Mail, postage prepaid, properly addressed as follows:

James E. Long, Legal Office
Alabama Dep't of Human Resources
50 N. Ripley Street
Montgomery, AL 36130

Alberto R. Gonzales, Attorney General
U.S. Dep't of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Leura Garrett Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

R. Randolph Neeley
Assistant U.S. Attorney
Post Office Box 197
Montgomery, AL 36101-0197

Since I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, counsel for both defendants will also receive electronic notification of such filing.

_/s/Lawrence F. Gardella_
LAWRENCE F. GARDELLA