**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 26, 2007

# NOTICE OF CORRECTION

**From:**            Clerk's Office

**Case Style:**      **Catherine Carter v. Page Walley, et al.**

**Case Number:**     **#2:06-cv-00272-WKW**

**Referenced Document:** **Document #35**
**Motion to Dismiss**

**This notice has been docketed to enter the certificate of service into the record. The original pdf did not contain a certificate of service. The corrected pdf is attached to this notice.**