IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-272-WKW ) (WO) |
| PAGE WALLEY, *et al.*, | ) ) |
| Defendants. | ) |

### **ORDER**

Upon consideration of the plaintiff's motion to dismiss (Doc. # 35), the court finds that the parties have resolved all issues related to the plaintiff's claims. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that the motion is GRANTED and this civil action is DISMISSED with prejudice. The parties are to bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE